IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE MENSER and
SANDRA MENSER, husband and wife                                           PLAINTIFFS

v.                         Case No. 4:15-cv-00136 KGB

FCA US LLC, f/k/a CHRYSLER GROUP,
SUCCESSOR-IN-INTEREST TO
CHRYSLER MOTORS, LLC                                                      DEFENDANTS

## ORDER

This matter is currently set for trial on April 18, 2016. On the Court's own motion, the Court removes this case from the trial calendar. The Court has the pending motions under advisement (Dkt. Nos. 36, 39, 41, 44, 47, 66, 69, 72, 74, 76, 78, 80, 82). If necessary, an Amended Final Scheduling Order, which resets deadlines and sets a new trial date, will be entered by separate order.

So ordered this the 6th day of April, 2016.

Kristine G. Baker
United States District Judge