IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE MENSER and
SANDRA MENSER, Husband and Wife                                              PLAINTIFFS

v.                          Case No.  4:15-cv-00136 KGB

FCA US LLC, f/k/a CHRYSLER GROUP,
LLC, SUCCESSOR-IN-INTEREST TO
CHRYSLER MOTORS, LLC                                                          DEFENDANT

## ORDER

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 85).  The stipulation states that the parties hereby agree that this case has settled and that the action should be dismissed with prejudice with each party to bear its own costs.  Based on the stipulation, the Court dismisses with prejudice this action.  The Court denies all pending motion as moot.

So ordered this 31st day of May, 2016.

_____
Kristine G. Baker
United States District Judge